IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE TILLMAN, JR.                                                                              PETITIONER
ADC # 131098

vs.                                          Case No. 5:10-CV-00132-SWW/JTK

RAY HOBBS, Interim Director
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response (DE #6) that the petition should be dismissed because Petitioner did not present his claims of ineffective assistance of counsel in a timely manner so as to allow state-court review and the claims are now procedurally barred. Petitioner may also reply to Respondent's arguments that his actual innocence claim is not cognizable, or alternatively, that it is procedurally barred and that the fourth claim—he was denied the right to pursue post-conviction relief—is not cognizable. Petitioner may reply to any other argument in the Response.

The Clerk is directed to serve a copy of the Response (DE #6) and this Order on Petitioner by regular mail.

SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE