IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE TILLMAN, JR.                                                                         PETITIONER

v.                              Case No. 5:10CV00132-SWW-JTK

RAY HOBBS, INTERIM DIRECTOR,
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

Pending before the Court is Petitioner's Motion for Reconsideration [DE #17] of the Order entered on July 9, 2010 [DE #15], denying the request for an evidentiary hearing. After due consideration to the motion and "supplemental exhibits," the Court determines that the motion should be and hereby is DENIED.

SO ORDERED this 27th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE