IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE TILLMAN, JR.                                                                PETITIONER
ADC # 131098

vs.                              Case No. 5:10-CV-00132-SWW/JTK

RAY HOBBS, Interim Director
Arkansas Department of Correction                                          RESPONDENT

## ORDER

Petitioner's Motion for Ruling (DE #21) is denied.

SO ORDERED this 14th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE