```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

WILLIE TILLMAN, JR.
ADC # 131098                                          PETITIONER

vs.                Civil Case No. 5:10CV00132 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                     RESPONDENT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a _de novo_ review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 10th day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE