```
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       PINE BLUFF DIVISION
```

WILLIE TILLMAN, JR.
ADC # 131098                                              PETITIONER

vs.              Civil Case No. 5:10CV00132 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                         RESPONDENT


## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 10th day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE